UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GEORGE K. HENAGAN | CIVIL ACTION NO: 6:21-cv-03946 |
| VERSUS | |
| | JUDGE ROBERT R. SUMMERHAYS |
| CITY OF LAFAYETTE, MAYOR-PRESIDENT JOSH GUILLORY, CITY-PARISH ATTORNEY, GREGORY J. LOGAN, LAFAYETTE POLICE DEPARTMENT, CHIEF MONTE POTIER, LT. SCOTT MORGAN, and OFFICER JOSHUA MYERS | MAG. JUDGE PATRICK J. HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Motion to Extension of Time filed on behalf of Defendant, CITY OF LAFAYETTE

IT IS HEREBY ORDERED that the motion to **GRANTED** and that Defendant, CITY OF LAFAYETTE's deadline to file responsive pleadings is **February 17, 2022.**

SIGNED in _____, Louisiana, this \_\_\_\_\_ day of _____, 2022.

_____
JUDGE

1