UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **GEORGE K HENAGAN** | **CASE NO. 6:21-CV-03946** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CITY OF LAFAYETTE ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## NOTICE OF MOTION SETTING

Please take notice that the Motion to Dismiss 12(b)(6) (Document Nos. 25 & 26) filed by Lafayette City-Parish Consolidated Government and Gregory J Logan on February 16, 2022 has been referred to Honorable Patrick J. Hanna for Report and Recommendation.

### Deadlines

Any response to said motion is due within twenty-one **(21) days** after service of the motion (see LR 7.5).  The movant may **file a reply** within seven **calendar (7) days** after the memorandum in opposition is filed.  LR 7.8 governs the length of the memoranda.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument.  Therefore, briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Not Required

The parties are relieved of their obligation under LR 7.1 to provide chambers with courtesy copy of the briefs and any attachments filed in connection with this motion.

**DATE OF NOTICE: February 17, 2022**

TONY R. MOORE
CLERK OF COURT