**PROCEEDINGS OF THE LAFAYETTE CITY COUNCIL MEETING OF THE CITY OF LAFAYETTE, STATE OF LOUISIANA, TAKEN AT A REGULAR MEETING OF APRIL 19, 2022 HELD AT 705 W. UNIVERSITY AVENUE, LAFAYETTE, LA.**

<u>ATTENDANCE</u>

**COUNCIL:**  Nanette Cook (Chair, District 4), Glenn Lazard (Vice-Chair, District 5), Patrick "Pat" Lewis (District 1), Andy Naquin (District 2) and Liz Hebert (District 3)

**ABSENT:**  None

**COUNCIL STAFF:**  Veronica L. Williams (Clerk of the Council), Joseph Gordon-Wiltz (Assistant Clerk of the Council) and Jeremy J. Swiney (Senior Administrative Assistant)

**ADMINISTRATIVE STAFF:**  Joshua Guillory (Lafayette Mayor-President), Cydra Wingerter (Chief Administrative Officer), Lorrie Toups (Chief Financial Officer), Paul Escott (Assistant City-Parish Attorney), Mary Sliman (Director Community Development and Planning) and Jeff Steward (Utilities Director)

(5:32:00) <u>**COMMENCEMENT**</u>

<u>AGENDA ITEM NO. 1</u>:  Call to order

Chair Cook called the Regular City Council Meeting of April 19, 2022 to order.

<u>AGENDA ITEM NO. 2</u>:  Invocation and Pledge of Allegiance

The Chair called upon Carlos Harvin to site an invocation and upon student Serafina Ann Centanni to lead the Pledge of Allegiance in French in honor of the upcoming Festival International.

<u>WELCOME AND CHAIR ANNOUNCEMENTS</u>

Cook made the following announcements:
- Item #21, JO-024-2022, relative to mobile food trucks, an amendment has been requested by Community Development and Planning to fix a name, add tax remittance language and add fire code language.

<u>AGENDA ITEM NO. 3</u>:  <u>**COUNCIL ANNOUNCEMENTS**</u>

Scott Feehan with Festival International stated that the festival is back on this year in full format from April 22 thru May 1.

Cook congratulated Joseph Gordon-Wiltz for recently receiving his Louisiana Certified Municipal Deputy Clerk designation.  This required over 100 hours of course work to attain, including education points and conference credits, over a period of several years.

Lazard recognized the Trinity CME Church on its upcoming 150-year anniversary.

EXHIBIT

A

04-19-2022

Lazard invited all to the 4A sisters Lupus Club Walk on May 7.

AGENDA ITEM NO. 4:  **EXECUTIVE/MAYOR-PRESIDENT'S REPORT**

Guillory requested that citizens contact the administration with any idea regarding solutions to gun violence (Carlos Harvin) and drug overdoses (Mary Sliman).

**RESOLUTIONS**

AGENDA ITEM NO. 5:  CR-013-2022   A resolution of the Lafayette City Council officially designating Fightingville Fresh in the City of Lafayette as a recognized Louisiana Festival or Fair as provided for by La. R.S. 40:4.5 and Title 51, Part XXIII of the Louisiana Administrative Code, motion to adopt by Lazard, seconded by Naquin, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

AGENDA ITEM NO. 6:  CR-014-2022   A resolution of the Lafayette City Council authorizing the filing of an application with the U.S. Department of Justice for a 2022 Law Enforcement Mental Health and Wellness Act Program for the Lafayette Police Department, motion to adopt by Hebert, seconded by Naquin, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

Stephanie Skinner Touchet stated that she does not want the Department of Injustice to brainwash our police.

Clarise Gallegos stated that our police need de-escalation training.

AGENDA ITEM NO. 7:  CR-015-2022   A resolution of the Lafayette City Council informing the State of Louisiana Department of Environmental Quality that the Lafayette Utilities System has taken the appropriate action concerning permit requirements contained in LPDES permits numbered LA0036382, LA0036374, LA0036391, and LA0042561, motion to adopt by Lewis, seconded by Lazard, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

AGENDA ITEM NO. 8:  CR-016-2022   A resolution of the Lafayette City Council granting a

04-19-2022

waiver of and exemption from the requirements of Section 6-36(a)(1) of the Lafayette City-Parish Consolidated Government Code of Ordinances relative to the holding of an Alcohol Beverage License at the premises of Artmosphere, LLC/Artmosphere establishment to be operated at 902 Johnston Street in the City of Lafayette, Louisiana, motion to adopt by Lazard, seconded by Naquin, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

AGENDA ITEM NO. 9:  CR-017-2022   A resolution of the Lafayette City Council authorizing the submission of an application for a 2022 Certified Local Government Historic Preservation Grant for Preservation Commission training, motion to adopt by Hebert, seconded by Naquin, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

AGENDA ITEM NO. 10:  CR-018-2022   A resolution of the Lafayette City Council authorizing the submission of an application for a 2022 Certified Local Government Historic Preservation Grant for LA African American Trail nominations, motion to adopt by Lazard, seconded by Lewis, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

**JOINT RESOLUTION**

AGENDA ITEM NO. 11:  JR-016-2022   A joint resolution of the Lafayette City Council and the Lafayette Parish Council authorizing a non-warranty cash sale of 224 Paul Breaux Avenue to an adjoining landowner pursuant to La. R.S. 47:2202(B) for the price of the sale's anticipated costs, motion to adopt by Lazard, seconded by Lewis, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

**REPORT AND/OR DISCUSSION ITEM**

AGENDA ITEM NO. 12:  Overdose Deaths in Lafayette Parish

04-19-2022

Keith Talamo and Dr. Kenneth Odinet discussed the rise in overdose deaths in Lafayette Parish, specifically covering the dangers of Fentanyl and Carfentanil.

Dr. James Noriega spoke regarding his niece that recently passed away due to Fentanyl.

**ORDINANCES FOR FINAL ADOPTION**

AGENDA ITEM NO. 13:  CO-038-2022 An ordinance of the Lafayette City Council approving a CUP (Conditional Use Permit) to allow a bar/lounge in a D (Downtown) Zoning District, Case No. ZON2022-0006, 110 East Cypress Street and 203 Jefferson Street Cup (Conditional Use Permit), located generally north of Lee Avenue, east of East Cypress Street and south of Jefferson Street, motion to adopt by Lazard, seconded by Lewis, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

Anita Begnaud provided the Council with DDA's recommendations.

AGENDA ITEM NO. 14:  CO-039-2022 An ordinance of the Lafayette City Council amending the Lafayette Development Code so as to reclassify Case No. ZON2022-0009 107 Westbend Ridge Rezoning, located generally north of Barracuda Street, west of Plateau Road and south of Verot School Road; the particular parcel being rezoned from RS-1 (Residential Single-Family) to RM-1 (Residential Mixed), motion to adopt by Hebert, seconded by Naquin, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

AGENDA ITEM NO. 15:  CO-041-2022 An ordinance of the Lafayette City Council amending the Lafayette Development Code and the official map of the City of Lafayette, providing for the annexation of additional land into the corporate limits of the City of Lafayette, Louisiana, Case No. ZON2022-0011 200 Block North Dugas Road Annexation, located generally north of Lebesque Road, west of North University Avenue, and south of North Dugas Road, and assigning a zoning classification of RS-1 (Residential Single-Family) (District 1), motion to adopt by Naquin, seconded by Lazard, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

AGENDA ITEM NO. 16:  CO-042-2022 An ordinance of the Lafayette City Council approving a Conditional Use Permit to allow a bar/lounge in a D (Downtown) Zoning District, Case No. ZON2022-0012, 902 Johnston Street CUP (Conditional Use Permit), located generally north of

04-19-2022

Jefferson Street, west of Johnston Street, and east of Caillouet Place, motion to adopt by Hebert, seconded by Lazard, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

Anita Begnaud provided the Council with DDA's recommendations.

AGENDA ITEM NO. 17:  CO-043-2022 An ordinance of the Lafayette City Council naming the old City Hall building located at 735 Jefferson Street in honor of Phillip Arleigh Lank, motion to adopt by Lazard, seconded by Lewis, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

11 citizens signed in, in support of the ordinance, but did not wish to speak.

Dave Domingue, Anita Begnaud and Cathy Webre spoke in favor of the ordinance.

AGENDA ITEM NO. 18:  CO-044-2022 An ordinance of the Lafayette City Council amending the FY 21/22 capital budget of the Lafayette City-Parish Consolidated Government by transferring $293,882.32 from completed projects to the Parc Auto du Centreville Parking Garage Elevator Modernization project for additional funding needed and appropriating within the Public Works Department, motion to adopt by Lewis, seconded by Naquin, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

Wingerter noted that aesthetic enhancements and lighting are forthcoming but not including in this project.

AGENDA ITEM NO. 19:  CO-045-2022 An ordinance of the Lafayette City-Council authorizing the Lafayette Mayor-President to enter into a Pole Attachment and Wireless Facility Attachment Agreement with New Cingular Wireless, PCS, LLC, motion to adopt by Naquin, seconded by Hebert, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

Stewart noted that the attachments will be using existing poles and standards.

Levar Greenhouse and Justin Bernard provided photos and realistic expectations.

**JOINT ORDINANCES FOR FINAL ADOPTION**

AGENDA ITEM NO. 20:  JO-018-2022  A joint ordinance of the Lafayette City Council and the Lafayette Parish Council authorizing the Lafayette City-Parish Consolidated Government to sell at a public internet auction, surplus miscellaneous moveable property, which are no longer needed for public purposes, as per the attached list (Internet Auction)., motion to adopt by Hebert, seconded by Naquin, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt was approved.*

AGENDA ITEM NO. 21:  JO-024-2022  A joint ordinance of the Lafayette City Council and the Lafayette Parish Council amending Chapter 70 of the Lafayette City-Parish Consolidated Government Code of Ordinances by enacting Article IV "Mobile Food Establishments" regarding the permitting and operation of same, and establishing penalties for violations, and amending Chapter 89 of the Lafayette City-Parish Consolidated Government Code of Ordinances, by amending Article 2, Section 89-21-2 "Use Table" and Section 89-21(d) related to Mobile Food Establishments, motion to adopt by Lewis, seconded by Naquin.

A motion to amend to fix the name of the Louisiana Department of Health, add a requirement to show proof of tax remittance registration, and to add international fire code compliance requirements, by Hebert, seconded by Naquin, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to amend was approved.*

The Chair then called for the vote to adopt, as amended, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to adopt, as amended, was approved.*

**INTRODUCTORY ORDINANCES**

A motion to introduce agenda items 22-27, in globo, was offered by Hebert, seconded by Naquin.

22. CO-047-2022  An ordinance of the Lafayette City Council amending Lafayette City-Parish Consolidated Government Code of Ordinances by repealing subsection (a)(7) of Section 62-32

04-19-2022

"Criminal Mischief" of Chapter 62, Article I, Division 2, and by repealing, in its entirety, Section 62-71 "Begging and Soliciting Money" of Chapter 62, Article I, Division 2. (Legal)

23. CO-048-2022   An ordinance of the Lafayette City Council amending the FY 21/22 operating and capital budget of the Lafayette City-Parish Consolidated Government by increasing the use of fund balance in fund 401 in the amount of $29,995 and appropriating within the Lafayette Police Department to purchase investigative software. (Police)

24. CO-049-2022   An ordinance of the Lafayette City Council authorizing the filing of an application with the Federal Transit Administration (FTA) for operating and capital assistance in the amount of $2,828,453 through FTA Section 5307 Urbanized Area Formula Funds along with the required match in the amount of $1,958,307 for use within the Traffic, Roads, and Bridges Department, Transit Division. (Traffic, Roads and Bridges)

25. CO-050-2022   An ordinance of the Lafayette City Council authorizing the filing of an application with the Federal Transit Administration (FTA) for capital assistance in the amount of $304,824 through the Federal Transit Administration Section 5339 Bus and Bus Facilities Formula Allocations Program for capital assistance along with the required match in the amount of $53,793 for Federal Fiscal Year of 2022 for use within the Traffic, Roads, and Bridges Department, Transit Division. (Traffic, Roads and Bridges)

26. CO-051-2022   An ordinance of the Lafayette City Council amending City Ordinance No. CO-007-2022, the Lafayette Development Code, and the official map of the City of Lafayette, providing for the annexation of additional land into the corporate limits of the City of Lafayette, Louisiana, Case No. ZON2021-0046 2954 Ambassador Caffery Parkway Annexation, located generally north of West Bonaire Drive, west of Ambassador Caffery Parkway, and south of West Congress Street; and assigning a zoning classification of CM-1 (Commercial Mixed) (District 2). (Community Development and Planning)

27. CO-052-2022   An ordinance of the Lafayette City Council amending the performance rental rates for the use of the Heymann Performing Arts Center contained within the fee schedule originally set forth and adopted in Ordinance No. O-177-2000 and later amended by Ordinance No. O-053-2010. (Nanette Cook)

AGENDA ITEM NO. 28:   Comments from the public concerning the above introductory ordinances.

#22 Stephanie Skinner Touchet, Ryan Harris and Elsa Dimitriadis spoke regarding panhandling and/or homelessness.

#23 Stephanie Skinner Touchet shared her worries regarding the software.

The Chair then called for a vote to introduce the ordinances (items 22-27), in globo, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None

04-19-2022

ABSTAIN:  None
*Motion to introduce, in globo, was approved.*

## JOINT INTRODUCTORY ORDINANCE

AGENDA ITEM NO. 29:  JO-025-2022   A joint ordinance of the Lafayette City Council and the Lafayette Parish Council amending the FY 21/22 operating budget of the Lafayette City-Parish Consolidated Government by adjusting the manning tables and increasing the hourly pay rate of one (1) Facilities Maintenance Repairman position within the Public Works Department, Facilities Maintenance Division, motion to adopt by Hebert, seconded by Naquin, and the vote was as follows:
YEAS:  Lewis, Naquin, Hebert, Cook, Lazard
NAYS:  None
ABSENT:  None
ABSTAIN:  None
*Motion to introduce was approved.*

AGENDA ITEM NO. 30:  Comments from the public concerning the above joint introductory ordinance.
*No one signed in to speak to the above joint introductory item.*

## COMMENT(S) FROM THE PUBLIC

AGENDA ITEM NO. 31:  Comments from the public on any other matter(s) not on this agenda.

Clarice Gallegos, for Focus Clubhouse, spoke regarding homelessness and the need for funding.

Stephanie Skinner Touchet stated that the drug issues are the fault of the Federal Government and Communist China.

Elsa Dimitriadis, for ARCH, spoke to the assistance being provided and the increased cases of homelessness in Acadiana.

Teri Gore, for HUB, stated that once in a shelter the goal is to become a productive citizen.

Carlos Harvin recognized the friends from HUB in attendance.

(7:26:00) **ADJOURN**

There being no further business to come before the Council, Chair Cook declared the Regular Meeting adjourned.

/s/ Veronica L. Williams
VERONICA L. WILLIAMS,
LAFAYETTE CLERK OF THE COUNCIL

22.

CITY ORDINANCE NO. CO-047-2022

AN ORDINANCE OF THE LAFAYETTE CITY COUNCIL AMENDING LAFAYETTE
CITY-PARISH CONSOLIDATED GOVERNMENT CODE OF ORDINANCES BY
REPEALING SUBSECTION (a)(7) OF SECTION 62-32 "CRIMINAL MISCHIEF" OF
CHAPTER 62, ARTICLE I, DIVISION 2, AND BY REPEALING, IN ITS ENTIRETY,
SECTION 62-71 "BEGGING AND SOLICITING MONEY" OF CHAPTER 62,
ARTICLE I, DIVISION 2

BE IT ORDAINED by the Lafayette City Council, that:

WHEREAS, the Lafayette City Council has determined that it is in the interest of public

safety and welfare to amend Section 62-32 "Criminal Mischief", of Chapter 62 "Offenses and

Miscellaneous Provisions," Article I, "Crimes and Offenses in the City of Lafayette, Division 2

"Specific Crimes and Offenses in the City of Lafayette" of the Lafayette City-Parish

Consolidated Government Code of Ordinances by repealing subsection (a)(7) therein; and

WHEREAS, the Lafayette City Council has further determined that it is in the interest of

public safety and welfare to repeal, in its entirety, Section 62-71 "Begging and Soliciting

Money," of Chapter 62 "Offenses and Miscellaneous Provisions," Article I, "Crimes and

Offenses in the City of Lafayette, Division 2 "Specific Crimes and Offenses in the City of

Lafayette" of the Lafayette City-Parish Consolidated Government Code of Ordinances.

NOW, THEREFORE, BE IT FURTHER ORDAINED by the Lafayette City Council,

that:

SECTION 1:   All of the aforedescribed "Whereas" clauses are adopted as part of this

ordinance.

SECTION 2:   Chapter 62, Article I, Division 2, Section 62-32 of the LCG Code of

Ordinances is hereby amended and reenacted in the following particulars, with words in

~~strikethrough~~ being deletions from existing law, and words **underscored and boldfaced** being

additions:

Sec. 62-32. – Criminal Mischief.

(a)   *Defined.* Criminal mischief is the intentional performance of any of the following
      acts:

   (1)   Tampering with any property of another, without the consent of the owner,
         with the intent to interfere with the free enjoyment of any rights of anyone
         thereto, or with the intent to deprive anyone entitled thereto of the full use of
         the property.

   (2)   Giving of any false alarm of fire.

   (3)   Driving of any tack, nail, spike or metal over 1½ inch in length into any tree
         located on lands belonging to another, without the consent of the owner, or
         without the later removal of the object from the tree.

   (4)   The felling, topping or pruning of trees or shrubs within the right-of-way of a
         street without prior written approval of the consolidated government, provided
         prior written approval is not required for agents or employees of public utility
         companies in situations of emergency where the person or property of others is
         endangered.

(5)   Giving of any false report or complaint to any officer of the law relative to the commission of, or an attempt to commit, a crime.

(6)   Taking temporary possession of any part or parts of a place of business, or remaining in a place of business after the person in charge of such business or portion of such business has ordered such person to leave the premises and to desist from the temporary possession of any part or parts of such business.

(7)   Repealed~~Acting in such a manner as to annoy, disturb, interfere with, obstruct, or be offensive to others~~.

(78)   Congregating with others on a public street and refusing to move on when ordered by the police.

(89)   Interfering with any person in any place by jostling against such person or unnecessarily crowding him or by placing a hand in the proximity of such person's pocketbook or handbag.

(910)   Throwing any stone or any other missile in any street, avenue, alley, road or highway, or open space or public square, or enclosure, or throwing any stone or other missile from any place into any street, avenue, road or highway, alley, open space, public square or enclosure.

(b)   *Prohibited.* Whoever commits criminal mischief shall be guilty of a misdemeanor.

**SECTION 3:**   Chapter 62, Article I, Division 2, Section 62-71 of the Lafayette City-Parish Consolidated Government Code of Ordinances, entitled **"Begging and Soliciting Money"**, is hereby repealed in its entirety, and Section 62-71 of the LCG Code of Ordinances shall be designated as **"Reserved"**.

**SECTION 4:**   All ordinances or resolutions, or parts thereof, in conflict herewith are hereby repealed.

**SECTION 5:**   This Ordinance shall become effective upon signature of the Lafayette Mayor-Parish President, the elapse of ten (10) days after receipt by the Lafayette Mayor-Parish President without signature or veto, or upon override of a veto, whichever occurs first.

* * * * *

2



**Lafayette**
LEGAL DEPARTMENT

RECEIVED

APR 0 5 2022

Lafayette Consolidated Government
Chief Administrative Officer

## Internal Memorandum
### Legal Department

**TO:**      **Cydra Wingerter, Chief Administrative Officer**

**CC:**      **Gregory J. Logan, City-Parish Attorney**

**FROM:**   **Paul D. Escott, Assistant City-Parish Attorney**

**SUBJECT:** **City Council Agenda Item – City Ordinance**
**April 19, 2022 Meetings – Introduction**
**May 3, 2022 Meetings – Final Adoption**

**DATE:**    **March 5, 2022**

Cydra,

On behalf of Greg Logan, I submit the following, to wit:

    A. AN ORDINANCE OF THE LAFAYETTE CITY COUNCIL AMENDING LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT CODE OF ORDINANCES BY REPEALING SUBSECTION (a)(7) OF SECTION 62-32 "CRIMINAL MISCHIEF" OF CHAPTER 62, ARTICLE I, DIVISION 2, AND BY REPEALING, IN ITS ENTIRETY, SECTION 62-71 "BEGGING AND SOLICITING MONEY" OF CHAPTER 62, ARTICLE I, DIVISION 2

    B. City Ordinance – Agenda Item Submittal Form

I respectfully request that this City Ordinance be placed on the City Council's April 19, 2022 Meeting Agenda for consideration, for introduction, with consideration for final adoption at the City Council's May 3, 2022 meeting.

Paul D. Escott
*Assistant City-Parish Attorney*

**LAFAYETTE CITY COUNCIL MEETING**

**AGENDA ITEM SUBMITTAL FORM**

1) JUSTIFICATION FOR REQUEST:   Amendments to LCG Code of Ordinances, Sections 62-32 "Criminal

Mischief" and Repeal of 62-71 "Begging and Soliciting Money"

2) ACTION REQUESTED: Adoption of ordinance

3) COUNCIL DISTRICT(S) (if applicable):

4) REQUESTED ACTION OF COUNCIL:

    A) INTRODUCTION:      April 19, 2022

    B) FINAL ADOPTION:     May 3, 2022

5) DOCUMENTATION INCLUDED WITH THIS REQUEST:

    A)    Cover Memo (1 page)

    B)    City Ordinance (2 pages)

    C)    Submittal Form (1 page)

6) FISCAL IMPACT:

    \_\_\_\_ Fiscal Impact

    \_X\_\_ No Fiscal Impact

APPROVED FOR AGENDA:

CYDRA WINGERTER
LCG Chief Administrative Officer

SUBMITTED BY:

PAUL D. ESCOTT
Assistant City-Parish Attorney

On behalf of:

GREGORY J. LOGAN
City-Parish Attorney